UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN REVELS, | ) | NO. CV 04-7227-DDP (MAN) |
| Plaintiff, | ) | ORDER ACCEPTING AND ADOPTING |
| v. | ) | FINDINGS, CONCLUSIONS, AND |
| R. MEYERS, et al., | ) | RECOMMENDATIONS OF UNITED STATES |
| Defendants. | ) | MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge filed on February 3, 2009, and defendant's Objections filed on March 2, 2009. The Court has conducted a *de novo* review of the matters to which objections have been stated. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that the motion for summary judgment brought by defendant Robert Meyers, M.D., pursuant to Rule 56 of the Federal Rules of Civil Procedure, is DENIED.

1   **IT IS FURTHER ORDERED** that the Clerk serve copies of the Order on
2 plaintiff and on counsel for defendants.

4 DATED: <u>September 25, 2009</u>.

```
                              _____
                                    DEAN D. PREGERSON
                              UNITED STATES DISTRICT JUDGE
```